# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| INNOBRILLIANCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>REKOR RECOGNITION SYSTEMS, INC.,<br><br>    Defendant. | Case No. 8:19-cv-02334-PWG |

## MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendant Rekor Recognition Systems, Inc. ("Rekor"), by and through its undersigned counsel, hereby moves this Court for a thirty (30) day extension of time, up to and including January 8, 2020, to answer or otherwise plead in response to Plaintiff InnoBrilliance, LLC's ("InnoBrilliance") Complaint.

In support of this motion, Rekor respectfully states:

1. Rekor was served with the Complaint on September 17, 2019.

2. Rekor's response to the Complaint is currently due December 9, 2019.

3. This is the third request for an extension of time filed by Rekor.

4. The parties are currently in the process of discussing potential resolution of this case. Rekor believes that the interests of justice will be served by extending the response date by thirty (30) days in order to facilitate such discussion, while also providing sufficient time to investigate and respond to the Complaint.

5. Counsel for Rekor has contacted counsel for InnoBrilliance regarding this Motion, but was unable to obtain a response. InnoBrilliance has not opposed prior Motions to Extend Time to Respond to the Complaint.

For at least these reasons, Rekor respectfully moves this Court enter an Order granting a thirty (30) day extension of time, up to and including January 8, 2020, for Rekor to answer or otherwise plead in response to the InnoBrilliance's Complaint.

DATED:  December 6, 2019                              Respectfully submitted,

/s/ Ali H.K. Tehrani_____
Ali H.K. Tehrani, Bar No. 03949
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
email:  atehrani@crowell.com
phone: 202-624-2797

*Counsel for Defendant*
*Rekor Recognition Systems, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 6, 2019, the foregoing was filed electronically with the Court, with notice of the filing generated and sent electronically via the Court's CM/ECF system.

>*/s/ Ali H.K. Tehrani*_____
>Ali H.K. Tehrani
>
>*Counsel for Defendant*
>*Rekor Recognition Systems, Inc.*