1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ■ p202 624-2500 ■ f202 628-5116



Ali H.K. Tehrani
(202) 624-2797
ATehrani@crowell.com

December 9, 2019

**VIA ELECTRONIC FILING**

The Honorable Paul W. Grimm
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 465A
Greenbelt, MD  20770

    Re:    *InnoBrilliance, LLC v. Rekor Recognition Systems, Inc.*,
            No. 8:19-cv-02334-PWG (D. Md.)

Dear Judge Grimm:

I represent Defendant Rekor Recognition Systems, Inc. ("Rekor") in the above-captioned matter.  On December 6, 2019, I filed a Third Motion to Extend Time to Respond to the Complaint ("Motion") on behalf of Rekor.  *See* ECF No. 13.  This letter is intended to inform the Court that Counsel for Plaintiff Innobrilliance, LLC has snice indicated that it will not oppose the Motion.

                                          Respectfully submitted,

                                          Ali H.K. Tehrani

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 9, 2019, the foregoing was filed electronically with the Court, with notice of the filing generated and sent electronically via the Court's CM/ECF system.

*/s/ Ali H.K. Tehrani*_____
Ali H.K. Tehrani

*Counsel for Defendant*
*Rekor Recognition Systems, Inc.*