# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| InnoBrilliance, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Rekor Recognition Systems, Inc.,<br><br>      Defendant. | Case No. 8:19-cv-02334 |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement Agreement, Plaintiff InnoBrilliance, LLC ("InnoBrilliance") and Defendant Rekor Recognition Systems, Inc. ("Rekor") have agreed to settle, adjust, and compromise all claims and counterclaims against each other in the above-captioned action. The parties, therefore, stipulated to dismiss all claims by InnoBrilliance against Rekor and all counterclaims by Rekor against InnoBrilliance made therein with prejudice.

InnoBrilliance and Rekor further stipulate that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

DATED: January 7, 2020

Respectfully submitted,

/s/ Chad R. Murchison
Chad R. Murchison, Bar No. 16293
SETLIFF LAW, P.C.
4940 Dominion Boulevard
Glen Allen, VA 23060
(804) 377-1260
cmurchison@setlifflaw.com

/s/ Ali H.K. Tehrani
Ali H.K. Tehrani, Bar No. 03949
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
email: atehrani@crowell.com
phone: 202-624-2797

*Counsel for Defendant*
*Rekor Recognition Systems, Inc.*

Isaac Rabicoff
Rabicoff Law LLC
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com
Counsel for Plaintiff
InnoBrilliance, LLC